**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL AGUIAR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 18-cv-2777 (KBJ) |
| KIMBERLY PARE, | ) ) | |
| Defendants. | ) ) ) | |

## MEMORANDUM OPINION

On December 4, 2018, the defendant in this matter filed a motion to dismiss plaintiff's complaint.  (ECF No. 4.)  The Court advised the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned plaintiff that, if he did not respond to the motion by January 11, 2019, the Court may treat the motion as conceded.  (ECF No. 6.)  To date, the plaintiff has neither filed an opposition to the motion nor has requested more time to do so.  Therefore, the Court will **GRANT** the defendant's motion as conceded and will **DISMISS** this action without prejudice.

A separate Order accompanies this Memorandum Opinion.


DATE:  January 31, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge